UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

$2500.20
#381376

---

In re:
CORTLAND A. BUDIN

Debtor(s).

Case No. 21-30667-AMN

(CHAPTER 13)

*FILED 2022 AUG -8 P 3:47 CLERK, U.S. BANKRUPTCY COURT DISTRICT OF CONNECTICUT NEW HAVEN DIVISION*

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: August 5, 2022

/s/ Roberta Napolitano, Trustee
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378

# EXHIBIT A

Case Name:     CORTLAND A. BUDIN
Case Number:   2130667

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| CORTLAND A. BUDIN<br>925 ORONOKE ROAD, UNIT 13-J<br>WATERBURY, CT 06708 | 899 | | | $2,500.20 |